UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-24036-CIV-WILLIAMS

LAW OFFICES OF TIMOTHY CARL
BLAKE, P.A.,

      Plaintiff,

vs.

MILANO COSTELLO, and
ANTHONY COSTELLO, collectively doing
business as TRI-STATE ROOFING,

      Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal without prejudice. (DE 31). Upon review of the notice and the record, the Court **ORDERS AND ADJUDGES** that this action is **DISMISSED WITHOUT PREJUDICE**. All deadlines and hearings are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 27 day of August, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE